AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JAMES J. DINO

**WARRANT FOR ARREST**

Case Number: CR-99-00113

**FILED**
DISTRICT COURT OF GUAM

JAN 03 2006 9P

**MARY L.M. MORAN**
**CLERK OF COURT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMES J. DINO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 3583 ___

| MARILYN B. ALCON | *signature* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 12/29/2005  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC Hagatna, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 29 DEC 05 | Walter Gray / USMS TFO | *signature* |
| DATE OF ARREST | | |
| 03 JAN 06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ JAMES J. DINO _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

ORIGINAL