LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR99-00113<br><br>**STIPULATION TO CONTINUE VIOLATION HEARING** |

The undersigned stipulate: that the Violation Hearing currently scheduled for January 9, 2006 be continued to a date no earlier than 60 days later. This continuance is requested by Defendant's counsel on the following grounds: (a) Counsel just returned from paternity leave on January 3, 2006; (b) Counsel received additional discovery which Counsel needs additional time to review; (c) Counsel needs further time to prepare for the hearing; (d) Counsel intends to discuss pending issues with the Government in an attempt to narrow or resolve issues for hearing; and, (e) Counsel anticipates being off-island on the currently set date.

/ /

/ /

SO STIPULATED this 5th day of January, 2006.

| | |
|---|---|
| **LUJAN, AGUIGUI & PEREZ LLP** | **LEONARDO M. RAPADAS**<br>United States Attorney<br>Districts of Guam and NMI |
| By: *[signature]*<br>**PETER C. PEREZ, ESQ.**<br>*Attorney for Defendant James J. Dino* | By: *[signature]*<br>**FREDERICK A. BLACK, ESQ.**<br>Assistant U.S. Attorney |