**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 99-00113 |
| vs. | |
| JAMES J. DINO, | **ORDER TO CONTINUE VIOLATION HEARING** |
| Defendant. | |

Based upon the stipulation submitted by the parties on January 6, 2006, it is hereby ordered that the Violation Hearing currently set for January 9, 2006, is continued to March 13, 2006 at 9:30 a.m.

Dated this 9th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL