DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-99-00113      DATE: 3/13/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge      Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon      Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:35:58 - 9:40:10      CSO: L. Ogo/J. Lizama

**************************APPEARANCES***************************

**DEFT:** JAMES J. DINO      **ATTY:** PETER C. PEREZ
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) NOT PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK      AGENT: PAUL GRIFFITH, FBI

U.S. PROBATION: JUDY OCAMPO      U.S. MARSHAL: D. PUNZALAN/G. PEREZ

INTERPRETER: _____      ( ) SWORN    LANGUAGE: _____
     ( ) PREVIOUSLY SWORN

***

**PROCEEDINGS:** - PRELIMINARY REVOCATION HEARING

(X) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE VIOLATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

(X) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
(X) REVOCATION OF PROBATION/SUPERVISED RELEASE  X GRANTED  __ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
(X) SENTENCING DISPOSITION SET FOR : MAY 16, 2006 at 10:00 A.M.
( ) DEFENDANT TO REMAIN AT LIBERTY
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Courtroom Deputy: _nbc_