

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR99-00113 |
|---|---|
| vs. | ~~CRIMINAL CASE NO. CR04-00016~~ |
| JAMES J. DINO, | **MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | |

The undersigned request to continue the sentencing hearing currently set for May 16, 2006 at 10:30 a.m. to a date three (3) months later. This continuance is requested by the defense on the following grounds:

1. The defense is not ready to proceed to sentencing and needs additional time to address sentencing issues.

2. The defense intends to submit memoranda concerning the amount of drugs attributable to the Defendant.

3. The defense intends to submit memoranda concerning whether sentences should be consecutive or concurrent.

4. The defense is still examining PSR issues and needs additional time to make sentencing arguments to the Court.

5. Defendant faces substantial incarceration exposure and the defense wants to ensure all sentencing issues are addressed.

6. The Defendant is pursuing further cooperation opportunities with the government and debriefings are in the process of being scheduled.

7. Defense counsel will be off-island from May 11, 2006 through May 14, 2006 on another case but may be required to extend the return date to a date after May 14, 2006, depending upon the status of the other case.

8. The government has no objections to the continuance

Dated this 5th day of May, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorney for Defendant James J. Dino*

**NO OBJECTIONS:**

United States Attorney
Districts of Guam and NMI

_____
**FREDERICK A. BLACK, ESQ.**
*Assistant U.S. Attorney*

Page 2 of 2

USA v. James J. Dino
*District Court Criminal Case No. CR99-00113*
*District Court Criminal Case No. CR04-00016*
Motion to Continue Sentencing Hearing

Case 1:99-cr-00113    Document 49    Filed 05/11/2006    Page 2 of 2