LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*



FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR99-00113<br>~~CRIMINAL CASE NO. CR04-00016~~ JT<br><br>DECLARATION OF COUNSEL IN SUPPORT OF CONTINUANCE |

I, Peter C. Perez, Esq., hereby declare and state as follows

1. I represent the Defendant in these matters.

2. In the Presentence Investigation Report dated April 25, 2006, for CR04-00016, the Probation Office has determined that the Defendant is exposed to a sentence of incarceration from 292-365 months.

3. Additionally, in CR99-00113, the Probation Office has recommended that the Defendant be sentenced to an additional 60 months of incarceration, consecutive to the sentence he receives in CR04-00016.

4. Based upon the calculations made by the Probation Office, the Defendant is exposed to 425 months of incarceration.

5. The defense disagrees with these calculations and, in consultation with the Government, intends to submit memoranda in opposition to them including but not limited to: (1) the drug quantity attributable to the Defendant; (2) whether the sentences should be concurrent or consecutive; (3) the applicability and extent of any

further departures and/or downward adjustments; (4) additional PSR responses and objections; and, (5) additional arguments concerning the violation penalties in CR99-00013.

6. In addition, further cooperation opportunities are being pursued with the Government, and the defense, in consultation with DEA and the U.S. Attorney's Office is attempting to schedule interviews with the Defendant, it is hoped, as early as next week.

7. The extent of the Defendant's cooperation may be affected by these additional cooperation efforts.

8. Additionally, defense counsel is scheduled to be off island for another case, from May 11 through May 14, 2006, and although these dates are in advance of the currently scheduled sentencing hearing, it would greatly assist the defense to have additional time to prepare for the sentencing hearing, including the filing of memoranda and exhibits in advance of such hearing. Additionally, depending upon the status of the other case, counsel's return date to Guam may need to be extended to a date after May 14, 2006.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 11th day of May, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ PETER C. PEREZ

PETER C. PEREZ, ESQ.

Page 2

*USA v. James J. Dino*
*District Court Criminal Case No. CR99-00113*
*District Court Criminal Case No. CR04-00016*
Declaration of Counsel In Support of Continuance    Case 1:99-cr-00013  Document 150    Filed 05/11/2006    Page 2 of 2