LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

US Attorney's Office
Districts of Guam & NMI
AUG 08 2006
Time 2:15
Receiving name: Emmanuel
Date keyed in Dbase
Entered into Dbase by:

# IN THE UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR99-00113 |
|---|---|
| vs. | **MOTION TO CONTINUE SENTENCING** |
| JAMES J. DINO, | |
| Defendant. | |

Defendant JAMES J. DINO, by and through his defense counsel, Peter C. Perez, Esq. of the law office of LUJAN AGUIGUI & PEREZ LLP, requests that the Court continue sentencing currently scheduled for August 23, 2006 at 9:30 a.m. for forty-five (45) days.

Respectfully submitted this 8th day of August, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant James J. Dino*

D-0008/PCP:eol