| | |
|---|---|
| 1<br>2<br>3<br>4 | LUJAN AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 |

**FILED**
DISTRICT COURT OF GUAM
OCT 11 2006
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendant James J. Dino*

## IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR99-00113<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING** |
|---|---|

The undersigned stipulate to continuing the sentencing hearing currently set for October 19, 2006 at 10:00 a.m. to a date approximately forty five (45) days later. This continuance is requested by the defense on the following grounds:

1. The defense counsel will be in trial on October 18, 2006 in the matter of Costa vs. Hodges; Domestic Case No. DM 390-00, which may continue to the date of the currently set sentencing on October 19, 2006; and,

2. The defendant continues to pursue further cooperation opportunities with the government in the hope of mitigating his sentence.

SO STIPULATED this 10th day of October, 2006.

| LUJAN, AGUIGUI & PEREZ LLP<br><br>By: _____<br>**PETER C. PEREZ, ESQ.**<br>*Attorney for Defendant James J. Dino* | **LEONARDO M. RAPADAS**<br>United States Attorney<br>Districts of Guam and NMI<br><br>By: _____<br>**FREDERICK A. BLACK, ESQ.**<br>Assistant U.S. Attorney |
|---|---|

D-0008-1A/0330/PCP/dmg