1  **LUJAN AGUIGUI & PEREZ LLP**
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Defendant James J. Dino*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

6          **IN THE UNITED STATES DISTRICT COURT**

7                   **TERRITORY OF GUAM**

8
9  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR99-00113

                vs.
10
                                      **ORDER GRANTING CONTINUANCE ON**
11 JAMES J. DINO,                     **SENTENCING HEARING**

                Defendant.
12

13

14      Whereas, the Stipulation to Continue Sentencing hearing was filed on October

15 _____, 2006.

16      Whereas, the Court having reviewed the record of the proceedings and paper filed herein,

17 and being fully apprised in the premises, NOW THEREFORE,

18      **IT IS HEREBY ORDERED** that the Stipulation to Continue sentencing hearing is

19 hereby granted. The sentencing hearing previously set for October 19, 2006 at 10:00 a.m. shall

20 be continued to _____, 2006 at _____.m.

21

22 Dated: Oct. 12, 2006

23                                     John C. Coughenour
                                      Designated Judge
24                                     District Court of Guam

25

26

27 *D-0008A-1A/0330/PCP/dmg*

28