# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-99-00113　　　　　　　　　　　DATE: October 19, 2006

HON. LARRY A. BURNS, Designated Judge, Presiding
Law Clerk: None Present　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:08:51 - 11:48:35
CSO: None Present

**APPEARANCES:**
Defendant: James J. Dino　　　　　　　　Attorney: Peter C. Perez
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent: Paul Griffith, D.E.A.
U.S. Probation: Judy Ocampo　　　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant addressed the Court and apologized.
- Defendant committed to the Bureau of Prisons for a term of <u>60 months. The term of imprisonment shall run concurrently with Criminal Case No. 04-00016.</u>
- Court recommendation to the Bureau of Prisons at <u>Lompoc.</u>
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: