# UNITED STATES DISTRICT COURT

District of _____ **GUAM** _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |

**JAMES J. DINO**

Case Number: CR-99-00113
USM Number: 00436-093
**PETER C. PEREZ, Retained Counsel**
Defendant's Attorney

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __**MANDATORY**__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| A | Defendant shall not commit another federal, state or local crime | 11/17/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **XXX-XX-8071**

Defendant's Date of Birth: **XX/XX/1951**

Defendant's Residence Address:

**Upper Tumon, Guam 96911**

Defendant's Mailing Address:

**P.O. Box 20102**

**GMF Barrigada, Guam 96921**

**OCTOBER 19, 2006**
Date of Imposition of Judgment

*/s/ Larry A. Burns*
Signature of Judge

**LARRY A. BURNS, DESIGNATED JUDGE**
Name and Title of Judge

*10-20-06*
Date

**ORIGINAL**

DEFENDANT: JAMES J. DINO
CASE NUMBER: CR-99-00113

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Sixty months. The term of imprisonment shall run concurrently to Criminal Case No. 04-00016.**

X  The court makes the following recommendations to the Bureau of Prisons:

**Incarceration at Lompoc, California.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL